IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TYROWONE KIMBLE**                                                                     **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO.: 3:17CV201-MPM-RP**

**COFFEEVILLE POLICE DEPT., ET AL.**                                **DEFENDANTS**

### ORDER

Before the court is the plaintiff's motion for a videotaped copy of his *Spears* hearing held on November 7, 2017. Doc. #37. Because the hearing was only recorded by audio, the plaintiff's motion [37] is necessarily **DENIED**. The court finds that the plaintiff should have access to an audio recording of the proceedings, however, and the Clerk is **DIRECTED** to forward the plaintiff a copy of his *Spears* hearing on compact disc. The court has spoken with the jail administrator at the Yalobusha County Detention Center and has been informed that arrangements will be made to allow the plaintiff to listen to the contents of the compact disc.

**SO ORDERED** this the 30th day of November, 2017.

                                                                       /s/ Roy Percy
                                                                       UNITED STATES MAGISTRATE JUDGE