# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**TYROWONE KIMBLE**                                                                  **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO.: 3:17CV201-RP**

**COFFEEVILLE POLICE DEPT., ET AL.**                                  **DEFENDANTS**

## ORDER

Before the Court is the plaintiff's "Motion for Video Evidence," in which he requests a copy of the discs containing the video of his traffic stop, which were submitted into evidence at his *Spears* hearing on November 7, 2017. Doc. #53. This Court has ordered the defendants to produce any photographs or videos (along with other discovery) related to the plaintiff's claims by February 5, 2018. *See* Doc. #41. Therefore, the instant motion [53] is **DENIED** as unnecessary and premature. In the event that the plaintiff is not provided with the appropriate discovery by the deadline set forth in the Court's Scheduling Order, he may reurge his motion.

**SO ORDERED** this 11th day of January, 2018.

                                                              /s/ Roy Percy
                                                              UNITED STATES MAGISTRATE JUDGE