IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TYROWONE KIMBLE                                                                    PLAINTIFF

V.                                              CIVIL ACTION NO.:  3:17CV201-RP

GRANT GAMMILL and
MARK MARTIN                                                                      DEFENDANTS

## ORDER

Pending before the Court are three motions filed by the plaintiff, Tyrowone Kimble: (1) a motion for all medical documents he submitted as exhibits to his previously-filed motions for summary judgment at Doc. #59 and Doc. #81; (2) a motion to preclude the defendants from calling witnesses at trial due to their failure to timely file a witness list; and (3) a "Motion for Information" in which the plaintiff advises the Court that he may not be receiving all of his mail. Having fully considered these matters, it is **ORDERED**:

That the plaintiff's motion for documents [128] is **DENIED**, as the plaintiff should have retained a copy for his records prior to submitting them, and the Court will not order their reproduction at government expense. Therefore, if plaintiff desires copies of documents he has filed with the Court, he may request copies from the Clerk's Office and remit a fee of $.50 per page for said copies.

That the plaintiff's motion to preclude the defendants from calling witnesses at trial [129] is **DENIED**, as the defendants did, in fact, timely file a witness and exhibit list on March 5, 2018. *See* Doc. #87.

That the plaintiff's "Motion of Information" [130] is **DISMISSED AS MOOT**, as the motion contains no request for relief.

**THIS** the 6th day of August, 2018.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE